UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-373-RJC

| | |
|---|---|
| JORGE GALEAS, JR., aka Jorge Gevara, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ORDER |
| LAWRENCE PARSONS; and KORY DALRYMPLE, | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER** is before the court on plaintiff's Motion for Copies, (Doc. No. 6). The Clerk of Court is not obligated to make copies for Plaintiff of his own pleadings. The law is clear that copies of documents from a record may be provided to an indigent litigant at government expense upon a showing by that litigant of a particularized need for the documents. Jones v. Superintendent, Va. State Farm, 460 F.2d 150, 152-53 (4th Cir. 1972). Here, the documents Plaintiff seeks copied at taxpayer expense were created by him and Plaintiff has not presented any particularized need for them. In a persuasive decision addressing this issue, the Court of Appeals for the Sixth Circuit held as follows:

> [a]lthough the petitioner was granted leave to proceed in the district court as a pauper, that status waives only 'prepayment of fees and costs and security.' It does not give the litigant a right to have documents copied and returned to [him] at government expense.

In re Richard, 914 F.2d 1526, 1527 (6th Cir. 1990) (citation omitted).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Copies, (Doc. No. 6), is **DENIED.**

Signed: February 29, 2012

*[signature]*

Robert J. Conrad, Jr.
Chief United States District Judge